IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MISTY NELSON,<br><br>Defendant. | 2:23-po-5020-KLD<br><br>VIOLATION: F09M000I<br>Location Code: M4B<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $100: $60 fine, a $10 special assessment and $30 processing fee for violation number F09M000I.  Payments shall be made at $25.00 per month.  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for March 26, 2024, is VACATED.

DATED this 13th day of March, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge